IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHANIEL PRICE                                                                                      PETITIONER

v.                                       Case No. 2:11-CV-02053

RAY HOBBS                                                                                           RESPONDENT

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 13) filed in this case on December 9, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed without objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that Petitioner's Habeas Corpus Petition (Doc. 1) filed under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 24th day of January, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE