IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHANIEL PRICE                                                                                    PETITIONER

V.                                    No.  2:11-CV-02053-PKH

RAY HOBBS                                                                                          RESPONDENT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation is the petitioner's Motion for Certificate of Appealability (ECF No. 15 ) filed February 16, 2010.

### I. Background

The Plaintiff filed an action under 28 U.S.C. §2254 (ECF No. 1) on March 18, 2011. A Report and Recommendation (ECF No. 13) was entered on December 9, 2011 recommending that the Motion be Dismissed with Prejudice.  No objection to the R&R was filed and the Court entered an Order Adopting the Report and Recommendation (ECF No. 14) on January 14, 2012. The Movant filed the current Motion for Certificate of Appealability on February 16, 2012 requesting a COA on "all issues".

### II. Discussion

The factors to consider when determining if a certificate of appealabiltiy should be issued are as follows:  1) if the claim is clearly procedurally defaulted, the certificate should not be issued; 2) even if the procedural default is not clear, if there is no merit to the substantive constitutional claims, the certificate should not be issued; but, 3) if the procedural default is not clear and the substantive constitutional claims are debatable among jurists of reason, the

certificate should be granted. *Slack v. McDaniel*, 529 U.S. at 484–85, 120 S.Ct. 1595; *Khaimov v. Crist* 297 F.3d 783, 786 (C.A.8 (Minn.),2002).

The Eighth Circuit Court of Appeals has held that it is error to issue a COA on a claim that has been defaulted and has stated that "This court is not in the business of rendering advisory opinions on legal issues never raised in the antecedent proceedings". *Langley v. Norris* 465 F.3d 861, 863 (C.A.8 (Ark.),2006).

As stated in the Report and Recommendation the Plaintiff's claim for Ineffective Assistance of Counsel was procedurally defaulted and the balance of the Plaintiff's claims are without merit for the reasons stated in the Report and Recommendation.

### III. Conclusion

Based upon the forgoing I recommend that the instant motion for a Certificate of Appealability be denied.

**The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this February 29, 2012

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE