IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHANIEL PRICE                                                                                    PLAINTIFF

v.                                          Case No. 2:11-CV-02053

RAY HOBBS                                                                                          DEFENDANT

### O R D E R

Currently before the Court is the Report and Recommendation (Doc. 16) filed in this case on February 29, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Certificate of Appealability (Doc. 15) is **DENIED**.

IT IS SO ORDERED this 10th day of May, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE